IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CARLOS ALEXANDER QUISHPE TACO,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA R. BONDI, in her official capacity as U.S. Attorney General, et al.,<br><br>Respondents. | 0:26-CV-1927<br><br>ORDER |

This Court's Order for Assignment of Cases dated July 19, 2021, provides that a case may be "related" to another open or closed civil case if "the two cases share common issues of law or fact, common parties or other common factors." *Id.* at 6. When one judge becomes aware of a potentially related case, that judge must call the matter to the attention of the other judge, and the two judges must then review the respective files and determine if the cases are, in fact, related. *Id.* at 7. If the judges agree that the cases are related and should be assigned to the same judge, the Court must enter a written order directing the Clerk to reassign the newer case to the judge to whom the earlier case had been assigned. *Id.*

The Court has followed that procedure in this case, and the judges agree that this case is related to case no. 0:26-CV-1063. Accordingly,

IT IS ORDERED that the Clerk reassign this case to District Judge Daniel M. Traynor for disposition and Magistrate Judge Dulce J. Foster for judicial supervision.

Dated this 18th day of March, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge