**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Carlos Quishpe Taco,

                              Petitioner,

vs.                                                            Case No. 0:26-cv-01927-DMT-DJF

Pamela Bondi, Attorney General et al.,

                              Defendants.

---

**ORDER TO DISMISS PETITION WITHOUT PREJUDICE**

---

[¶ 1]    THIS MATTER comes before the Court upon Petitioner's Stipulated Notice of Dismissal filed on March 31, 2026. Doc. No. 11.

[¶ 2]    Upon consideration, it is **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. All parties shall bear their own costs and fees.

[¶ 3]    **IT IS SO ORDERED.**

          DATED April 1, 2026.

Daniel M. Traynor, District Judge
United States District Court